SAM JARMARK, Appellant, v. GLOBE RYE BREAD COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

KINGSBORO MORTGAGE CORPORATION, Respondent, v. N. A. R. BUILDING COMPANY, INC., and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

HENRY L. KRAUSHAR, Appellant, Respondent, v. ADE REALTY CORPORATION, Respondent, Appellant.— Motion for reargument granted and the case set down for Thursday, October 9, 1930, to be argued when reached. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SIMON J. LAPOF, Respondent, v. LINA POSTULNICK and ABRAHAM POSTULNICK, Appellants. A. POSTULNICK REALTY CORPORATION, Defendant.— Motion withdrawn. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

ALEX LASOT, as Administrator, etc., of HERMAN GERKA, Deceased, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

MILDRED I. LEAHY, Respondent, v. 28–25 FOURTH AVENUE CORPORATION, Its Successor, MATTEO REALTY CORPORATION, and SOUTHERN SURETY COMPANY, Appellants. HARRIS PECKER and JOSEPH LEBOVITZ, Copartners, etc., Defendants: LIBERTY PARQUET FLOOR CORPORATION, Respondent.— Motion to enlarge time granted upon condition that appellants file and serve their brief not later than Tuesday, October fourteenth, and upon the further condition that the appeal be brought on for argument at the November term, for which term the case is set down, otherwise, motion denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

JOSEPH P. LEBKUECHER, Respondent, v. HYMAN KATZ, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

LEONARD NASSAU PAINT & DECORATING Co., INC., Respondent, v. MORRIS LINDENBAUM, Appellant.— Motion granted to the extent of staying the dismantling of the store premises, which are to remain in statu quo. In all other respects, motion denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

LIFLAND HOLDING CORPORATION, Appellant, v. KENNETH ROGERS CONSTRUCTION COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.